


FILED
MAY 23 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*NOT FOR PUBLICATION*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN E. FLEURY and<br>ELIZABETH M. MAGALLON-FLEURY,<br><br>    Debtor(s). | Case No. 11-26987-E-13L |
| STEPHEN E. FLEURY and<br>ELIZABETH M. MAGALLON-FLEURY,<br><br>    Plaintiff(s),<br>v.<br><br>SPECIALIZED LOAN SERVICING,<br>LLC, et al.,<br><br>    Defendant(s). | Adv. Pro. No. 11-2198<br>Docket Control No. RJR-1 |

**MEMORANDUM OPINION ON MOTION TO DISMISS COMPLAINT AGAINST MTC FINANCIAL, INC., dba TRUSTEE CORPS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND MOTION TO STRIKE PUNITIVE DAMAGES ALLEGATIONS**

MTC Financial Inc. filed its motion, notice of hearing, and proof of service in this matter as one document. This is not the practice in the Bankruptcy Court.[1] "Motions, notices, objections,

---

[1] The court notes that Movant in fact attached a proof of service to each individual document served in this matter. In this court, only one proof of service document identifying the documents served and upon whom they were served need be filed. See Local Bankr. R. 9014-1(e)(3); *see also Revised Guidelines for the Preparation of Documents*, ¶ (7).

responses, replies, declarations, affidavits, other documentary evidence, memoranda of points and authorities, other supporting documents, proofs of service, and related pleadings shall be filed as separate documents." *Revised Guidelines for the Preparation of Documents*, ¶ (3)(a).

Compliance with the *Revised Guidelines for the Preparation of Documents* is not only required by the Local Bankruptcy Rules, see Local Bankr. R. 9014-1(c)(1), but it assists the court in reviewing the motions and pleadings in its near-paperless environment. When parties neglect the court's formatting requirements, it causes waste of precious, taxpayer-provided resources and creates additional burdens on the other parties. MTC Financial Inc.'s failure to comply with the Local Bankruptcy Rules is cause to deny the motion. Local Bankr. R. 1001-1(g), 9014-1(l).

Even if the court were to waive the defect and address the merits, the document titled motion fails to properly plead the necessary elements of a motion to dismiss. The motion merely pleads that the adversary proceeding should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) as incorporated by Federal Rule of Bankruptcy Procedure 7012 and the putative damages claim should be stricken pursuant to Federal Rule of Civil Procedure 12(f).

Federal Rule of Civil Procedure Rule 7(b), incorporated by Federal Rule of Bankruptcy Procedure 7007, requires that "The motion must: . . . (B) state with particularity the grounds for seeking the order; and (C) state the relief sought." The pleading titled "Motion" filed in this matter fails to establish the prima facie case for the requested relief. Properly pleading the grounds

with particularity in the motion is not optional, but "must" be done by the movant. It is not for the court to traverse through other pleadings or extensive points and authorities to piece together the basis for movant's motion.

Burying the grounds for a motion (or lack of grounds) in a 37-page points and authorities does not comply with the pleading rules or effectively communicate the basis by which the court may choose to grant the motion. It is improper to shift the burden of a law and motion practice to the other parties and the court to ferret out the conceivable grounds for the motion from the arguments, quotations, and citations set forth in the points and authorities. The motion is denied without prejudice.

///

Dated: May 23, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

3

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

---

Richard Hall
PO Box 237
Auburn, CA 95604

Stephen Fleury
10716 Cedar Ave
Grass Valley, CA 95945

Elizabeth Magallon-Fleury
10716 Cedar Ave
Grass Valley, CA 95945

Richard Reynolds
16485 Laguna Canyon Rd # 250
Irvine, CA 92618

Timothy Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807

Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814